IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Edward W. Nottingham**

Criminal Case No. 07–cr–00471–EWN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2.  JOSHUA NEALE WOLCOTT,

    Defendant.

---

## ORDER AND NOTICE OF SETTINGS

EDWARD W. NOTTINGHAM, Chief Judge
Kathleen L. Weckwerth, Secretary

    This matter is set for a twenty one-day trial to a jury of twelve, plus alternates, commencing at 9:00 o'clock a.m. on Monday, **February 25, 2008**, in Courtroom A201 of the Alfred A. Arraj United States Courthouse. Therefore, it is

    **ORDERED** that the deadline for filing all motions is <u>January 25, 2008</u>. All responses shall be filed by <u>February 1, 2008</u>. A hearing on the motions will be scheduled at a later date, if necessary. Counsel shall notify the court as soon as possible if a hearing will be necessary and how much time will be needed for the hearing. It is further

    **ORDERED** that a change of plea hearing is scheduled to commence at 10:30 o'clock a.m. on Friday, **February 15, 2008**. The deadline for submitting the plea agreement and statement of

1

facts relevant to sentencing and the statement by defendant in advance of plea of guilty is Wednesday, <u>February 13, 2008</u>.

Dated: December 20, 2007