IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Criminal Action No. **07-cr-00471-JLK**

**UNITED STATES OF AMERICA**,

      Plaintiff,

v.

**2.    JOSHUA NEALE WOLCOTT,**

      Defendant.

---

**MINUTE ORDER**

---

Judge John L. Kane **ORDERS**

      The Sentencing Hearing set for January 15, 2010, is **VACATED AND RESET** for **January 29, 2010 at 10:00 a.m.** in Courtroom A802, Alfred A. Arraj U.S. Courthouse, 901 19th Street.

---

Dated:  November 17, 2009