IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Criminal Action No. **07-cr-00471-JLK**

**UNITED STATES OF AMERICA**,

       Plaintiff,

v.

**2.    JOSHUA NEALE WOLCOTT,**

       Defendant.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

The Sentencing Hearing set for **April 2, 2010**, is **VACATED AND RESET** for **April 1, 2010, at 9:00 a.m.** in Courtroom A802, Alfred A. Arraj U.S. Courthouse, 901 19th Street.

Dated:  February 24, 2010